# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

JAN 0 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

MIGUEL CANTU-OLIVAREZ, §
    Plaintiff-Petitioner, §
§
VS. § CIVIL ACTION NO. B-99-204
§
§ CRIMINAL NO. B-98-446-01
UNITED STATES OF AMERICA, §
    Defendant-Respondent. §

## ORDER

Petitioner, Miguel Cantu-Olivarez, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by February 18, 2000.

DONE at Brownsville, Texas, this 4th day of January 2000.

John Wm. Black
United States Magistrate Judge