IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| MIGUEL CANTU-OLIVAREZ, | § | |
|     Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-99-204 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
|     Respondent. | § | |

## ORDER

Before this Court is Petitioner's Motion for Extension of Time to File Response/Objections to the Magistrate's Decision. (Docket No. 6). After considering said motion, the Court is of the opinion that this motion should be **GRANTED**. Petitioner's Objections to the Magistrate Judge's Report must be filed on or before April 28, 2000.

DONE at Brownsville, Texas, on this 28th day of March, 2000.

John Wm. Black
United States Magistrate Judge