THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **MIGUEL CANTU-OLIVAREZ,** § | |
| Defendant/Petitioner, § | |
| § | |
| v. § | CIVIL CAUSE NO. B-99-204 |
| § | CRIMINAL NO. B-98-446 |
| **UNITED STATES OF AMERICA,** § | |
| Plaintiff/Respondent. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-entitled and numbered cause. After a *de novo* review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation dated March 10, 2000 should be **ADOPTED;** that the Government's Motion to Dismiss be **GRANTED**; and the Habeas Petition be **DISMISSED**.

Accordingly, it is ORDERED, ADJUDGED and DECREED that the Magistrate Judge's Report and Recommendation be **ADOPTED**; that the Government's Motion to Dismiss is **GRANTED;** and the §2255 Petition filed by the Defendant/Petitioner be **DISMISSED**.

Done in Brownsville, Texas on this the 6th day of April, 2000.

_____
Filemon B. Vela
United States District Judge